# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/5/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Kyle Joseph Momon )
) Case No: 4:92-CR-70-1BO
) USM No: 14313-056

Date of Original Judgment: September 27, 1993 )
Date of Previous Amended Judgment: May 30, 2014 ) Robert Bell
*(Use Date of Last Amended Judgment if Any)*  Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____292_____ months **is reduced to** _____235 months*_____

*On Counts 1, 3, & 4, to run concurrently.
Count 2 remains unchanged at 60, concurrent with Counts 1, 3, & 4.
Count 7 remains unchanged at 60 months, consecutive to Counts 1, 2, 3, & 4.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 27, 1993 and May 30, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3-5-15

Judge's signature: /s/ Terrence W. Boyle

Effective Date: November 1, 2015
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011